

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-19-00445-CV

————————————————

IN RE JASON WAYNE CARLILE, Relator

———————————————————————————————————————

Original Proceeding
Trial Court No. 61562-B*1-9

———————————————————————————————————————

Before Sudderth, C.J.; Gabriel and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied and we lift the stay previously ordered by this court.

Per Curiam

Delivered: December 6, 2019